# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN N. DAVIS,<br><br>        Plaintiff,<br><br>   v.<br><br>MIMS, et al.,<br><br>        Defendants. | Case No. 1:16-cv-00541 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION REGARDING IN FORMA PAUPERIS STATUS AS MOOT<br><br>(Document 6) |

Plaintiff Jonathan N. Davis ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on April 18, 2016. His complaint is awaiting screening.

On May 11, 2016, Plaintiff filed a motion entitled, "Notice of Motion: Requesting this Court Accept In Forma Pauperis as True and Correct." Plaintiff's in forma pauperis application was granted on April 19, 2016, and his motion is therefore DENIED AS MOOT.

IT IS SO ORDERED.

Dated:   **May 12, 2016**                    /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE

1