UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NATHANIEL DAVIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIMS, et al.,<br><br>　　　　Defendants. | No. 1:16-cv-00541 DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RELEASE OF MEDICAL RECORDS<br>(Document 11)<br><br>ORDER DENYING PLAINTIFF'S MOTION REQUESTING PRODUCTION OF DOCUMENTS<br>(Document 12) |

　　　　Plaintiff Jonathan Nathaniel Davis ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on April 18, 2016.[1]

　　　　On June 16, 2016, the Court screened Plaintiff's complaint and dismissed it with leave to amend. The time for filing an amended complaint has not yet passed.

　　　　On June 17, 2016, Plaintiff filed (1) a motion requesting medical records from prior places of incarceration; and (2) a motion requesting the production of documents from Defendants.

　　　　At this time, discovery has not opened because there is no operative complaint that states a claim for relief. If and when Plaintiff files a complaint that states a cognizable claim and a

///

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on April 25, 2016.

1

Defendant files an answer, the Court will open discovery.  Until that time, Plaintiff may not request discovery from Defendants.

Insofar as Plaintiff seeks his own medical records to establish a history of mental illness, he has the right to review and copy his medical records by following prison procedures.[2]  DOM 91070.8.4.  Plaintiff is advised, however, that he does not need to submit his medical records to state a claim for relief.  The Court reviews Plaintiff's *allegations*, not necessarily his exhibits.

Accordingly, Plaintiff's motions are DENIED.

IT IS SO ORDERED.

Dated:  **June 30, 2016**                             /s/ Dennis L. Beck
                                                      UNITED STATES MAGISTRATE JUDGE

---

[2]  The prison may charge copying fees.