UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN NATHANIEL DAVIS,<br><br>        Plaintiff,<br><br>   v.<br><br>MIMS, et al.,<br><br>        Defendants. | No. 1:16-cv-00541 DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW COURT ORDER AND FAILURE TO PROSECUTE<br><br>THIRTY-DAY DEADLINE |

Plaintiff Jonathan Nathaniel Davis ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on April 18, 2016. Plaintiff names the Fresno County Psych Team and Fresno County Sheriff Margaret Mims as Defendants.[1]

On June 16, 2016, the Court screened the complaint and dismissed it with leave to amend. Pursuant to that order, an amended complaint was due within thirty (30) days. Over thirty (30) days have passed and he has not filed an amended complaint or otherwise contacted the Court.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, if any he has, why this action should not be dismissed for failure to follow Court orders and failure to prosecute. Plaintiff must

///

///

///

---

[1] Plaintiff consented to the jurisdiction of the United States Magistrate Judge on April 25, 2016.

1

1  file a response to this order within thirty (30) days.  Plaintiff may also comply by filing an
2  amended complaint pursuant to the June 16, 2016, order.
3      Failure to follow this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **August 11, 2016**         /s/ *Dennis L. Beck*
                                   UNITED STATES MAGISTRATE JUDGE